**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) Master Docket No.: 2:18-mn-2873-RMG  **This document relates to:** See Exhibit A Attached Hereto |

**STIPULATION OF DISMISSAL OF RELEASED CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendant 3M Company ("3M") hereby stipulate and agree to a dismissal with prejudice of Plaintiffs' claims against 3M that are "Released Claims" as defined in the Settlement Agreement between Public Water Systems and 3M Company dated June 22, 2023 (as subsequently amended), filed in *In re Aqueous Film-Forming Foams Products Liability Litigation,* MDL No. 2:18-mn-2873 (D.S.C) (the "Agreement").

The parties further stipulate and agree that any claims asserted by the Plaintiffs against 3M that are preserved under § 11.1.2 of the Agreement are not dismissed. 3M shall retain all defenses with respect to any such claims, including the right to argue that the claims are not preserved and are released. Plaintiffs reserve their rights against all other Defendants in the actions identified in Exhibit A attached hereto.

| | |
|---|---|
| Dated: January 9, 2025 | Respectfully submitted, |
| By: */s/ Michael A. London* | /s/ *Richard F. Bulger* |
| Michael A. London | Richard F. Bulger |
| Tate J. Kunkle | MAYER BROWN LLP |
| Gary J. Douglas | 71 South Wacker Drive |
| Rebecca Newman | Chicago, IL 60606 |
| Douglas and London PC | 312-702-0600 |
| 59 Maiden Lane, 6th Floor | rbulger@mayerbrown.com |
| New York, NY 10038 | |
| Telephone: 212-566-7500 | *Counsel for Defendant 3M Company* |
| Fax: 212-566-7501 | |
| gdouglas@douglasandlondon.com | |
| tkunkle@douglasandlondon.com | |
| rnewman@douglasandlondon.com | |

By: */s/ Ned McWilliams*
Ned McWilliams
Levin Papantonio Rafferty 316 S Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7186
nmcwilliams@levinlaw.com

By: */s/ Kevin J. Madonna*
Kevin J. Madonna
KENNEDY & MADONNA, LLP
48 Dewitt Mills Road Hurley, NY 12443
Telephone: (845) 481-2622
Facsimile (845) 230-3111
kmadonna@kennedymadonna.com

By: */s/ John J. Driscoll*
John J. Driscoll
The Driscoll Firm, LLC
1311 Avenida Ponce de Leon, 5th Floor
San Juan, PR 00907
Phone: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com

By: */s/ Kenneth A. Sansone*
SL Environmental Law Group PC
175 Chestnut Street
San Francisco, CA 94133
Phone: (603) 227-6298
Fax: (415) 384-8333
ksansone@slenvironment.com


By: */s/ Robert A. Bilott*
Taft Law Firm
50 E. RiverCenter Blvd., Suite 850
Covington, KY 41011
Phone: (513) 381-2838
Fax: (513) 381-0205
bilott@taftlaw.com

*Counsel for Plaintiffs Listed on Exhibit A*